EXHIBIT
1

VILLA WEST APTS.
Master Section 8 No. B-1568
Project No. RI43 H023-103

Amendment No. 1

AMENDMENT TO ANNUAL CONTRIBUTIONS CONTRACT

THIS SECTION 8 AMENDATORY CONTRACT, made and entered into as of MAY 19 1982 by and between the UNITED STATES OF AMERICA (herein called the "Government") and the RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION, a housing finance agency (herein called the "HFA"); WITNESSETH

WHEREAS, the Parties entered into a certain Annual Contributions Contract (herein called the "Contract") on September 22, 1980.

WHEREAS, the Parties desire to amend said Contract in the particulars hereinafter set forth;

NOW, THEREFORE, the Parties do hereby agree that said Contract be and the same is hereby amended as follows:

1. As to Project No. RI43 H023-103, Master Section 8 No. B-1568, modify the words and figures pertaining thereto in the respective sections appearing in Part I of the Annual Contributions Contract.

SECTIONS MODIFIED

1.4(a) The amount of Annual Contributions is changed from $207,504 to $222,588.

Said amendment hereby changes the amount of Annual Contributions in the Housing Assistance Payments Contract correspondingly.

This amendment is authorized by List (HUD 5041C) No. B-82-217 dated May 11, 1982.

IN WITNESS WHEREOF, the HFA and the Government have caused this Contract to be executed and the HFA has caused its seal to be hereunto affixed and attested all as of the date of this Contract first above written.

ATTEST:

William S. Wilkinson

CHIEF DEVELOPMENT OFFICER

RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION

By Ralph A. Pari
Ralph A. Pari
Executive Director

UNITED STATES OF AMERICA
Department of Housing and Urban Development

By Casimir Kolaski
Casimir Kolaski
Supervisor