AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Village West Associates
Plaintiff
v.
Rhode Island Housing and Mortgage Finance Corp.
Defendant

Civil Action No. 08-192S

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Rhode Island Housing and Mortgage Finance Corp.
c/o Richard H. Godfrey, Jr.
44 Washington Street
Providence, RI 02903

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Steven T. Hayes, Esquire
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/4/08

Ray J. Smith
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on R.I. Housing & Mortgage by:

(X) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* X accepting on behalf of Mr. Godfrey. Katherine Cabrera 44 Washington St. Providence R.I.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ~~0.00~~ #45.00.

Date: 6/4/08

[signature] Server's signature

Process Server Printed name and title

Thomas Noury

P.O. Box 114026
North Providence, RI 02911

Server's address