UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **VILLAGE WEST ASSOCIATES,**<br><br>**Plaintiff,**<br>**v.**<br><br>**RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION,**<br><br>**Defendant.** | **C.A. NO: 1:08-cv-00192-S-DLM** |

## ENTRY OF APPEARANCE

The law firm of Duffy Sweeney & Scott, Ltd. and Craig M. Scott hereby enter their appearance on behalf of Rhode Island Housing and Mortgage Finance Corporation, in the above-referenced matter.

RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION
By Its Attorneys,

Dated: July 25, 2008

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that the within Entry of Appearance was filed through the ECF system on the 25h day of July, 2008, and will be sent electronically to counsel of record who are registered participants identified on the Notice of Electronic Filing and mailed to counsel who are not registered participants of the ECF system as indicated below:

Stephen T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
shays@zizikpowers.com

Carl A.S. Coan, Jr., Esq.
Carl A. S. Coan, III, Esq.
Coan & Lyons
1100 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036

/s/ Craig M. Scott
Craig M. Scott