AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Village West Associates
Plaintiff
v.
Rhode Island Housing and Mortgage Finance Corporation
Defendant, Third-party plaintiff
v.
Roy Bernardi, Acting Secretary
United States Department of Housing and Urban Development
Third-party defendant

Civil Action No. 08-192 S

## Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*

Roy Bernardi, Acting Secretary
United States Department of Housing and Urban Development

A lawsuit has been filed against defendant Rhode Island Housing and Mortgage Finance Corp., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Village West Associates.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

It must also be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: July 28, 2008

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 7/28/08,
by:

(1) personally delivering a copy of each to the individual at this place, US Dept. of Urban Housing & Development ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______ ; or

(4) returning the summons unexecuted to the court clerk on ______ ; or

(5) other *(specify)* Cheryl Mellen 121 So. Main St. Providence 3rd Floor

My fees are $ 45.00 for travel and $ — for services, for a total of $ ~~0.00~~ 45.00.

Date: 7/28/08

[signature]
Server's signature

Process Server
Printed name and title

Thomas Noury

P.O. Box 114026
North Providence, RI 02911

Server's address