(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Village West Associates
Plaintiff(s)

v.
Rhode Island Housing and Mortgage Finance Corporation
Defendant(s)

Dkt. No. 1:08-cv-00192-S-DLM

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant R.I. Housing and Mortgage Finance Corp. hereby moves that Steven D. Gordon be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Craig M. Scott
Signature of Local Counsel

Craig M. Scott
Print Name

RI Bar ID # 4237

Duffy Sweeney & Scott, Ltd.
Firm and Business Address
One Turks Head Place, Suite 1200
Providence, RI 02903

Email: cscott&duffysweeney.com

Tel. # 401-455-0700

Fax # 401-455-0701

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date