(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Village West Associates
Plaintiff(s)

v.

Rhode Island Housing and
Mortgage Finance Corporation
Defendant(s)

Dkt. No. 1:08-cv-00192-S-DLM

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant R.I. Housing and Mortgage Finance Corp. hereby moves that Steven D. Gordon be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Craig M. Scott
Signature of Local Counsel

Craig M. Scott
Print Name

Duffy Sweeney & Scott, Ltd.
Firm and Business Address

One Turks Head Place, Suite 1200

Providence, RI 02903

RI Bar ID # 4237

Email: cscott&duffysweeney.com

Tel. # 401-455-0700

Fax # 401-455-0701

---

## ORDER

This motion is hereby ✓ GRANTED ____ DENIED

[signature]
District Judge

8/5/08
Date