AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Village West Associates
Plaintiff
v.
Rhode Island Housing and Mortgage Finance Corporation
Defendant, Third-party plaintiff
v.
Roy Bernardi, Acting Secretary
United States Department of Housing and Urban Development
Third-party defendant

Civil Action No. 08-192 S

**Summons on a Third-Party Complaint**

To: *(Third-party defendant's name and address)*

Roy Bernardi, Acting Secretary
United States Department of Housing and Urban Development

A lawsuit has been filed against defendant Rhode Island Housing and Mortgage Finance Corp., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Village West Associates.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

It must also be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: July 28, 2008

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

# Proof of Service

I declare under
by:

(1) persor

(2) leavir
who r

(3) deliv

(4) retur

(5) othe

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Office of the Attorney General**
**One Judiciary Square**
**441 4th Street NW, Suite 1060N**
**Washington, DC 20001**

2. Article Num (Transfer fro 7003 2260 0006 8508 9048

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 8/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

; or

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

Date: ____________ ____________
Server's signature

____________
Printed name and title

____________
Server's address