AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Village West Associates
Plaintiff
v.
Rhode Island Housing and Mortgage Finance Corporation
Defendant, Third-party plaintiff
v.
Roy Bernardi, Acting Secretary United States Department of Housing and Urban Development
Third-party defendant

Civil Action No. 08-192 S

### Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*

Roy Bernardi, Acting Secretary
United States Department of Housing and Urban Development

A lawsuit has been filed against defendant Rhode Island Housing and Mortgage Finance Corp., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Village West Associates.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

It must also be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: July 28, 2008

Name of clerk of court

Dana Smith
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________, by:

(1) personally deliverin ____________________; or

(2) leaving a copy of ea ____________________ who resides there a ____________________

(3) delivering a copy o ____________________ ve it whose name is ____________________; or

(4) returning the sumn ____________________; or

(5) other *(specify)* ____________________.

My fees are $ ________ otal of $ 0.00.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

7003 2260 0004 8508 9055

| | |
|---|---|
| Postage | $ 1.17 |
| Certified Fee | 2.70 |
| Return Reciept Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.07 |

Postmark Here: ANNEX STA. ... JUL 23 2008 ... 02903

Sent To: Roy Bernardi, Acting Secretary
Street, Apt. No.; or PO Box No.: U.S. Department of Housing and Urban Development, 451 7th Street S.W.
City, State, ZIP+4: Washington, DC 20410

PS Form 3800, June ... ctions

Date: ____________________

____________________
Server's signature

____________________
Printed name and title

____________________
Server's address

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0006 8508 9055**
Detailed Results:

- **Delivered, August 04, 2008, 9:05 am, WASHINGTON, DC 20410**
- **Arrival at Unit, August 04, 2008, 6:12 am, WASHINGTON, DC 20022**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA